UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MAXWELL,

                Plaintiff,

-against-

DAVID CARR, et al.,

                Defendants.

25-CV-6767 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently detained at the Robert N. Davoren Center, brings this *pro se* action under 42 U.S.C. § 1983. He asserts claims that arose on April 4, 2025, at the Otis Bantum Correctional Center (OBCC). This action was originally filed in the United States District Court for the Eastern District of New York, which transferred it here. For the following reasons, the amended complaint is dismissed.

Plaintiff has previously submitted to this court a substantially similar amended complaint against the same defendants arising from the same events. That case is pending before the Honorable Ronnie Abrams of this Court under docket number 25-CV-4016 (RA) (S.D.N.Y.). Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this amended complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-4016 (RA).

## CONCLUSION

The Court dismisses this action without prejudice, as duplicative of Plaintiff's pending action under docket number 25-CV-4016 (RA). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis*

2

status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 18, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge